UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

| | | |
|---|---|---|
| LANXESS CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Court No. 23-00073 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

Upon reading defendant's consent motion to reopen discovery in this case and to amend the current scheduling order; upon other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that defendant's consent motion is granted; and it is further

ORDERED that discovery shall be completed by November 4, 2024; and it is further

ORDERED that the First Amended Scheduling Order be entered.

_____
JENNIFER CHOE-GROVES, JUDGE

Dated: New York, NY
       This     day of     , 2024.

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

---

| | | |
|---|---|---|
| LANXESS CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Court No. 23-00073 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

---

**PROPOSED SCHEDULING ORDER**

Upon consideration of Defendant's consent motion to reopen discovery, and all other papers and proceedings in this action, it is hereby

**ORDERED** that is action shall proceed according to the following schedule:

1. Discovery shall be completed on or before November 4, 2024 and expert reports, if any, shall be completed within this time;

2. Any motions regarding discovery shall be filed on or before November 15, 2024;

3. Dispositive motions, if any, shall be filed on or before December 1, 2024, and a brief in response to a dispositive motion may include a dispositive cross-motion;

4. Briefs in response to a dispositive motion shall be filed in accordance with the Rules of the Court;

5. Reply briefs shall be filed in accordance with the Rules of the Court;

6. Any motion for oral argument shall be filed on or before March 10, 2025; and

7. If no dispositive motions are filed, a request for trial, if any, accompanied by a proposed order governing preparing for trial, shall be filed on or before January 30, 2025.

                                                  _____
                                                  JENNIFER CHOE-GROVES, JUDGE

Dated: New York, NY
       This    day of   , 2024.

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

| | | |
|---|---|---|
| LANXESS CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Court No. 23-00073 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

# CONSENT MOTION TO REOPEN DISCOVERY AND TO AMEND THE CURRENT SCHEDULGING ORDER

Defendant, the United States, pursuant to Rules 6(b) and 7, Rules of the United States Court of International Trade, hereby moves this Court to reopen discovery for ninety (90) days and to extend the remaining dates in the scheduling order by an approximate amount of time as reflected in the attached proposed scheduling order. This is the first request to extend the scheduling order.

A scheduling order "may be modified only for good cause and with the judge's consent." USCIT R. 16(b)(4); *Weihai Lianqiao Int'l Coop Group Co. v. A Base IX Co. LLC*, 2024 WL 3498850 (July 22, 2024) (applying good cause standard to motion to reopen discovery). "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013).

Good cause exists for this motion. This action involves the proper tariff classification of Axion CA 1330, which is an organometallic product. U.S. Customs and Border Protection (CBP) liquidated the merchandise at issue in subheading 3208.90.00, Harmonized Tariff

Schedule of the United States (HTSUS), which provides for "Paints and varnishes (including enamels and lacquers) based on synthetic polymers or chemically modified natural polymers, dispersed or dissolved in a nonaqueous medium; solutions as defined in note 4 to this chapter: Others." Plaintiff alleges that the merchandise is properly classifiable in subheading 3815.19.00, HTSUS, which provides for "Reaction initiators, reaction accelerators and catalytic preparations, not elsewhere specified or included: Supported catalysts: Other."

The Explanatory Note to heading 3815, HTSUS, states that the heading covers "supported catalysts" and "mixtures with a basis of compounds whose nature and proportions vary according to the chemical reaction to be catalysed." The merchandise at issue, Axion CA 1330, consists of toluene, methylaluminoxane (MAO), and trimethylaluminum (TMA). *See* USCIT Rule 73.1 Documents, Safety Data Sheet. Toulene is a solvent. *See Grant & Hackh's Chemical Dictionary* (4th ed. 1987). Trimethylaluminum is an organoaluminum compound (TMA) and MAO is produced from TMA. *See* Kaminsky, Walter, *The Discovery of Metallocene Catalysts and Their Present State of the Art*, Journal of Polymer Science Part A 42: 3911-3921 (2004).

Although CBP liquidated the merchandise under 3208.90.00, HTSUS, the United Sates no longer holds the position that this subheading is the correct tariff classification for the Axion CA 1330. Instead, it is our understanding, based on the facts currently known to defendant, that the merchandise is properly classified under subheading 3824.99.28, HTSUS, which provides for "[p]repared binders for foundry molds or cores; chemical products and preparations of the chemical or allied industries (including those consisting of mixtures of natural products), not elsewhere specified or included; Other: Other: Mixtures containing 5 percent or more of weight of one or more aromatic or modified aromatic substances: Other."

However, additional information is needed regarding the manufacturing of the Axion CA 1330, the preparation of any support for the MAO, and the reactions that Axion CA 1330 catalyzes or initiates, if any. The information will assist the parties in narrowing the factual questions relating to the nature of the merchandise and assist the Court in determining the correct tariff classification for Axion CA 1330. Accordingly, we request that discovery be reopened for ninety (90) days to obtain the additional information and to allow the parties to confer regarding the facts that can be agreed upon for purposes of summary judgment. The reopening of discovery would not prejudice plaintiff as a trial date has not been set, and plaintiff would be able to take discovery on the classification of the merchandise asserted by the United States in this motion if it chooses to do so.

Respectfully, this motion was not filed before the close of the prior discovery period because the deadline occurred during a time period when an immediate family member of the undersigned counsel unexpectedly was diagnosed as terminally ill. At that time, undersigned counsel was still accessing and conferring with the agency regarding reassessing its classification position based on the information available and the most prudent manner to place the classification issues before the Court when the deadline passed, and counsel inadvertently failed to file this motion prior to the closure of discovery. We apologize for this inadvertent oversight.

On August 7, 2024, Brian Frey, of Alston & Bird, indicated that plaintiff consents to the relief requested in this motion. The parties conferred and agreed to the dates in the proposed scheduling order.

WHEREFORE, defendant respectfully requests that its motion be granted.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
                        Director

            By:         /s/ Justin R. Miller
                        JUSTIN R. MILLER
                        Attorney-In-Charge
                        International Trade Field Office

                        /s/ Marcella Powell
                        MARCELLA POWELL
                        Senior Trial Counsel
                        Civil Division, Dept. of Justice
                        Commercial Litigation Branch
                        26 Federal Plaza, Room 346
                        New York, New York l0278
                        Attorneys for Defendant
Dated: August 7, 2024   Tel. No. 2l2-264-9230 or 1873