## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **LANXESS CORPORATION,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>　　　Defendant. | Before: Jennifer Choe-Groves, Judge<br><br>Court No. 23-00073 |

### AMENDED SCHEDULING ORDER

Upon consideration of the Consent Motion to Reopen Discovery and to Amend the Current Scheduling Order ("Consent Motion"), ECF No. 17, and all other papers and proceedings in this action, it is hereby

**ORDERED** that the Consent Motion, ECF No. 17, is granted; and it is further

**ORDERED** that this action shall proceed according to the following schedule:

1. Discovery shall be completed on or before November 4, 2024 and expert reports, if any, shall be completed within this time;

2. Any motions regarding discovery shall be filed on or before November 15, 2024;

3. Dispositive motions, if any, shall be filed on or before December 2, 2024, and a brief in response to a dispositive motion may include a dispositive cross-motion;

4. Briefs in response to dispositive motions shall be filed on or before January 6, 2025;

5. Reply briefs shall be filed on or before January 27, 2025;

6. Any motion for oral argument shall be filed on or before January 30, 2025; and

7. If no dispositive motions are filed, a request for trial, if any, accompanied by a proposed order governing preparation for trial, shall be filed on or before January 30, 2025.

While the Court will consider timely extension requests based on a showing of good cause, the Parties should seek to limit the need for extensions to short periods to address unexpected conflicts. The Court notes that most of the dates in this order were proposed by the Parties and the Court expects that the Parties will be able to meet these deadlines.

      /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated:   August 29, 2024
       New York, New York