PUBLIC VERSION
UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| LANXESS CORPORATION, | |
| Plaintiff, | Court No. 23-00073 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS
<u>NOT IN DISPUTE</u>**

Pursuant to Rule 56.3, of the Rules of the United States Court of International Trade, motions for summary judgment must include a separate statement of material facts as to which it is contended that there exists no genuine issue to be tried. In this case, with respect to Defendant's Cross Motion for Summary Judgment, there are no material facts as to which there exists a genuine issue to be tried and the issues are amenable to resolution through dispositive motions.

The pertinent undisputed facts of this case are as follows:

1. LANXESS Solutions US Inc. (formerly Chemtura Corp.) was merged into LANXESS on October 1, 2020. *See* Ex. D, Plaintiff's First Supplemental Responses to Defendant's First Requests for Production and Things (Mar. 19, 2025), Docs. at 689-90.

2. The merchandise at issue in this case, Axion CA 1330, was imported in twenty-two (22) entries made at the ports of Norfolk, VA, Baltimore, MD, and Houston, TX, from June through November 2020. *See* Summons, ECF No. 1.

3. Axion CA 1330, in its condition as imported, contains more than 5 percent by weight of toluene. *See* Pl.'s Ex. 2 (LANXESS Material Safety Data Sheet for Axion CA 1330).

4. Toluene is an aromatic substance. *See* Pl.'s Motion for Summary Judgment (Pl.'s MSJ), Ex. 4, Deposition of Michael Krause (Krause Dep.) at 38:25-40:8; Francis A. Carey, "aromatic compound," *Encyclopedia Britannica* (Mar. 18, 2024), https://www.britannica.com/science/aromatic-compound.

5. Polymerization is a chemical reaction in which two or more molecules combine to form larger molecules that contain repeating structural units. *See* "Polymerization," *Encyclopedia Britannica*, https://www.britannica.com/science/polymerization (last visited Sept. 3, 2025).

6. Some catalyst systems used in olefin polymerization consist of a catalyst and a catalyst activator on a support. *See* Pl.'s MSJ, Ex. 6, Deposition of Michael Bohenek (Bohenek Dep.) at 22:16-23-6, 25:4-27:13; Krause Decl., ¶¶ 25, 29.

7. A catalyst is a substance that enables a chemical reaction to proceed at a usually faster rate or under different conditions (as at a lower temperature) than otherwise possible, without itself being consumed. *See* "Catalyst," *Merriam-Webster Dictionary*, https://www.merriam-webster.com/dictionary/catalyst (last visited Sept. 4, 2025); "Catalyst," *Encyclopedia Britannica*, https://www.britannica.com/science/catalyst (last visited Sept. 3, 2025); *see also* "Catalyst," *IUPAC Compendium of Chem. Term.*, 5TH ED. INT'L UNION OF PURE & APPLIED CHEM. (Online version 5.0.0, 2025), https://goldbook.iupac.org/terms/view/C00876.

8. Catalyst supports are non-reactive solid materials which provide a base for the very small amount of metals needed for catalysis. *See* Pl.'s MSJ, Ex. Bohenek Dep. at 28:7-12,

33:18-35:5; Krause Decl., ¶¶ 32, 49; Pl.'s MSJ, Ex. 5, Pl.'s Resp. Def.'s First Interrogatories at 9 (No. 12); *see also* "Support," *IUPAC Compendium of Chem. Term.*, 5TH ED. INT'L UNION OF PURE & APPLIED CHEM. (Online version 5.0.0, 2025), https://doi.org/10.1351/goldbook.S06147.

9. Chemical substances that react with other chemical substances to convert them into a catalytically active form are called "catalyst activators" or "co-catalysts." *See* Bohenek Dep. at 22:19-22; Krause Dep. at 87:4-90:25.

10. In its condition as imported, Axion CA 1330 is intended to be a component of a supported catalyst system. *See* Krause Decl., ¶¶ 29, 38.

11. In its condition as imported, Axion CA 1330 is not catalytically active. *See* Krause Decl., ¶¶ 35, 47, 48; *see also* "Catalytic," *Cambridge Dictionary*, https://dictionary.cambridge.org/us/dictionary/english/catalytic.

12. In its condition as imported, Axion CA 1330 is not a catalyst. *See* Krause Dep. at 29:18-33:16; Krause Decl., ¶¶ 33-37, 47, 48, 51; *see also* "Catalyst," *Encyclopedia Britannica*, https://www.britannica.com/science/catalyst (last visited Sept. 3, 2025).

13. In its condition as imported, Axion CA 1330 cannot accelerate the rate of a chemical reaction. *See* Krause Decl., ¶¶ 35-37.

14. In its condition as imported, Axion CA 1330 is not deposited on a support. *See* Krause Dep. at 30:20-23, 52:21-53:10; Pl.'s Resp. Def.'s First Interrogatories at 14 (No. 21).

15. Axion CA 1330 is a catalyst activator. *See* Bohenek Dep. at 25:10-26:1.

16. Metallocenes are organometallic compounds containing metal atoms bonded to aromatic rings. *See* Ex. C, Bohenek Dep. at 32:10-21; Declaration of Michael Bohenek ("Bohenek Decl."), ¶ 11; *see also* Malcolm P. Stevens, "chemistry of industrial polymers,"

*Encyclopedia Britannica*, https://www.britannica.com/science/chemistry-of-industrial-polymers#ref608584 (last visited Sept. 3, 2025); D.F. Shriver, "organometallic compound," *Encyclopedia Britannica*, https://www.britannica.com/science/organometallic-compound (last visited Sept. 3, 2025).

17. In the supported catalyst system of which Axion CA 1330 is a component, the metallocene functions as the catalytic center in the polymerization of olefins. *See* Krause Dep. at 32:15-33:16; 91:9-18; Pl.'s Resp. Def.'s First Interrogatories at 11-12 (No. 17).

18. When the Axion CA 1330 and metallocene supported catalyst system is combined with an olefin, the Axion CA 1330 activates the metallocene. *See* Bohenek Dep. at 39:21-40:4; Krause Dep. at 91:9-18; Krause Decl., ¶¶ 33-35.

19. In the supported catalyst system of which Axion CA 1330 is a component, the chemical reaction of polymerization is catalyzed by the activated metallocene atoms. Krause Dep. at 33:3-16; 35:2-6; 90:19-24.

20. In the supported catalyst system of which Axion CA 1330 is a component, the metallocene is not consumed during the polymerization of olefins. *See* Ex. C, Bohenek Decl., ¶ 16.

21. Axion CA 1330 is partially consumed during the polymerization of olefins. One of its methyl groups of a MAO molecule is donated to the metallocene in the alkylation process which is incorporated in the polymer chain. Axion CA 1330 may therefore activate metallocenes many times over but not indefinitely. *See* Bohenek Dep. at 36:15-37:15; Krause Dep. at 16:24-18:8; Krause Decl., ¶¶ 36-37.

22. A reaction initiator can be used in bringing about polymerization, but unlike a catalyst, it is consumed during the ensuing reaction. A reaction initiator reacts once with a

THIS PAGE CONTAINS CONFIDENTIAL INFORMATION

monomer, which begins a chain reaction that creates a polymer molecule. The reaction initiator is chemically changed and cannot initiate a second chain reaction. *See* Ex. C, Bohenek Dep. at 19:8-17, 40:17-22; Krause Dep. at 46:24-47:7; 89:21-90:25; *see also* "Initiator (polymerization)," *Encyclopedia Britannica*, https://www.britannica.com/science/initiator-polymerization (last visited Sept. 3, 2025).

23. Axion CA 1330 is not a reaction initiator, because it does not react directly with a monomer, such that each molecule of Axion CA 1330 starts only one polymer chain. *See* Krause Decl., ¶ 37; Ex. C, Bohenek Decl., ¶ 18.

24. "Reaction accelerator" is not a term typically used to describe products that are used to bring about polymerization of olefins. *See* Bohenek Dep. at 18:8-13, 51:18-21, 56:5-10. It is commonly used in the process of vulcanizing rubber. *See* Bohenek Dep. at 51:16-52:2, 56:5-10; "Accelerator (rubber manufacturing)," *Encyclopedia Britannica*, https://www.britannica.com/technology/accelerator (last visited Sept. 3, 2025).

25. Alternatively, "reaction accelerator" is a synonym for "catalyst." *See* Krause Dep. at 48:21-25; Bohenek Dep. at 18:14-19; *see also* "Catalyst," *IUPAC Compendium of Chem. Term.*, 5TH ED. INT'L UNION OF PURE & APPLIED CHEM. (Online version 5.0.0, 2025), https://goldbook.iupac.org/terms/view/C00876.

26. Under either aforementioned meaning set forth in paragraphs 24 and 25, Axion CA 1330 is not a reaction accelerator. *See* Ex. C, Bohenek Decl., ¶¶ 21-22.

27. LANXESS Corporation is a specialty chemical company that is part of the chemical industry, and its customers are also (e.g., [   ]) part of that industry. *See* Krause Dep. at 74:14-75:18; Krause Decl., ¶ 1 & Ex. 1.

THIS PAGE CONTAINS CONFIDENTIAL INFORMATION

28.     [            ] is an energy provider and chemical manufacturing company per its website, [                                            ].

                                                            Respectfully submitted,

                                                            BRETT A. SHUMATE
                                                           Assistant Attorney General

                                                           PATRICIA M. McCARTHY
                                                           Director

By:   /s/ Justin R. Miller
         JUSTIN R. MILLER
         Attorney-In-Charge
         International Trade Field Office

         /s/ Marcella Powell
         MARCELLA POWELL

Of Counsel:                             Senior Trial Counsel
Emma Tiner                            Civil Division, U.S. Dept. of Justice
Office of the Assistant Chief Counsel    Commercial Litigation Branch
International Trade Litigation           26 Federal Plaza, Room 346
U.S. Customs and Border Protection     New York, New York 10278
                                                Tel. (212) 264-9230
Dated: November 4, 2025              Attorneys for Defendant